closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARLENE Y. FLEMING, an individual, and JAMES C. FLEMING, an individual,<br><br>　　　　Plaintiffs,<br>　v.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; WELLS FARGO & COMPANY, a corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV13-07600 JFW (MRWx)<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon. John F. Walter, District Judge]* |

On November 18, 2013, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (also erroneously sued as WELLS FARGO & COMPANY) ("Wells Fargo"), and dismissing the Complaint with prejudice.

/ / /

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo Bank, N.A., also erroneously sued as Wells Fargo & Company, and against plaintiffs Charlene Fleming and James Fleming; and

3. Plaintiffs Charlene Fleming and James Fleming shall take and recover nothing in this action from defendant Wells Fargo.

Dated: November 20, 2013

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE